IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER,<br><br>        Plaintiff,<br>    vs.<br>RON FOSTER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 05-0748 AWI LJO<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:  November 2, 2005<br>Time:  8:15 a.m.<br>Dept.:  6 (LJO) |

This Court conducted an October 17, 2005 status conference. Plaintiff Chanuce Parker ("Mr. Parker") proceeds pro se and appeared at the status conference for himself and explained that he retained a paralegal to serve the summons and complaint on defendants. Mr. Parker further explained that he had not been informed whether service had been completed. As such, this Court SETS a status conference for November 2, 2005 at 8:15 a.m. in Department 6 (LJO). Mr. Parker is encouraged to appear at the status conference by telephoning the Court at (559) 498-7322. At the status conference, Mr. Parker shall be prepared to discuss the status of service of the summons and complaint on defendants. **This Court admonishes Mr. Parker that failure to comply with this order and to serve the summons and complaint on defendants to comply with F.R.Civ.P. 4(m) may result in this Court's recommendation to dismiss this action. This Court further admonishes Mr. Parker to inform this Court of change of his address.**

IT IS SO ORDERED.

**Dated:    October 17, 2005                        /s/ Lawrence J. O'Neill**

1 | 66h44d                                      UNITED STATES MAGISTRATE JUDGE