IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER,<br><br>          Plaintiff,<br><br>     vs.<br><br>RON FOSTER, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-05-0748 AWI LJO<br><br>**ORDER TO SET MANDATORY SCHEDULING CONFERENCE**<br><br>Date:  February 22, 2006<br>Time:  8:30 a.m.<br>Dept.:  6 (LJO) |

    This Court set a January 5, 2006 status conference to address service of process on defendants. On November 10, 2005, all defendants filed a joint answer to indicate accomplishment of service of process. As such, the status conference appears unnecessary, and this Court will set a scheduling conference. On the basis of good cause, this Court:

    1.    VACATES the January 5, 2006 status conference (the parties are not to appear in Court on January 5, 2006);

    2.    SETS a scheduling conference for February 22, 2006 at 8:30 a.m. in Department 6 (LJO) of this Court. The parties are encouraged to appear at the scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322. If the Court has moved to its new courthouse prior to the scheduling conference, the new telephone number will be (559) 499-5680;

3. ORDERS the parties, no later than February 15, 2006, to file a Joint Scheduling Report which includes the information required by Exhibit A to the June 14, 2005 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect or Word; and

4. ORDERS the parties to otherwise comply with the June 14, 2005 order setting the original scheduling conference.

IT IS SO ORDERED.

**Dated:    December 23, 2005**            **/s/ Lawrence J. O'Neill**
66h44d                                                     UNITED STATES MAGISTRATE JUDGE