

FILED
FEB 2 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER, | CASE NO. CV F 05-0748 AWI LJO |
| Plaintiff, | **ORDER TO FORWARD AND TO RETURN MAGISTRATE CONSENT FORM** |
| vs. | |
| RON FOSTER, et al., | |
| Defendants. | |

At the February 22, 2006 scheduling conference, plaintiff Chaunce Parker indicated he consented to the conduct of all further proceedings, including trial, before United States Magistrate Judge Lawrence J. O'Neill. Accordingly, the clerk of this Court is directed to mail the attached Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form") to plaintiff Chaunce Parker at 1164 Wren Drive, Hanford, Ca. 93030. Mr. Parker is directed to sign and date the consent form and then to return the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 2500 Tulare Street, Room 6701, Fresno, CA 93721.

IT IS SO ORDERED.

DATED: February 22, 2006

LAWRENCE J. O'NEILL
UNITED STATES MAGISTRATE JUDGE

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

Case 1:05-cv-00748-AWI-LJO   Document 24   Filed 02/22/06   Page 2 of 2

# UNITED STATES DISTRICT COURT

_Eastern_ District of _California_

Chaunce Parker
Plaintiff
V.
Ron Foster, et al,
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: _CV-F-05-0748 AWI LJO_

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _Lawrence J. O'Neill_ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____    _____
Date                        United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.