IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER,<br><br>                              Plaintiff,<br><br>     vs.<br><br>RON FOSTER, et al.,<br><br>                              Defendants.<br>_____/ | CASE NO. CV-F-05-0748 AWI LJO<br><br>**ORDER TO SIGN AND RETURN**<br>**MAGISTRATE JUDGE CONSENT FORM** |

Defendants' counsel indicates that defendants consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

Accordingly, this Court ORDERS defendants' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS counsel, no later than March 17, 2006, to sign and date the consent form and then file it with the Court. A consent form has separately been forwarded to Chaunce Parker for signature.

**The new case number shall be CV F 05-0748 LJO.  All further papers shall bear the new case number.**

IT IS SO ORDERED.

**Dated:    March 3, 2006**                            /s/ Lawrence J. O'Neill
b9ed48                                                         UNITED STATES MAGISTRATE JUDGE