IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RON FOSTER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-0748 AWI LJO<br><br>**ORDER RE CHANGE IN MAGISTRATE JUDGE CONSENT** |

This Court conducted a February 22, 2006 scheduling conference at which time the parties consented to magistrate judge jurisdiction. Therefore, at the scheduling conference, the Court set a hearing on defendant's affirmative defense related to the settlement and release agreement for no later than June 29, 2006 before Magistrate Judge Lawrence J. O'Neill. Subsequently, plaintiff filed a declined of magistrate judge jurisdiction. Accordingly, the hearing on Defendant's motion as to its affirmative defense should be set before District Court Judge Anthony W. Ishii on an appropriate law and motion date.

After the motion is heard and determined, the parties should contact the Court to set a further scheduling conference, if necessary, for discovery and pretrial dates for the remainder of the case.

**IT IS SO ORDERED.**

Dated:   March 21, 2006                            /s/ Lawrence J. O'Neill
b9ed48                                        **UNITED STATES MAGISTRATE JUDGE**

1