```
PATRICIA K. GILLETTE (NO. 74461)
ANDREW R. LIVINGSTON (NO. 148646)
GREG J. RICHARDSON (NO. 203788)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendants
FOSTER DAIRY FARMS, INC., erroneously sued as
FOSTER FARMS DAIRY, INC., RON FOSTER and DENNIS BETTENCOURT
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>RON FOSTER, DENNIS BETTENCOURT AND FOSTER FARMS DAIRY INC., and DOES 1 TO 100, INCLUSIVE.<br><br>　　　　　　Defendants. | Case No.05 CV 00748 AWI LJO<br><br>ORDER GRANTING EX PARTE REQUEST TO EXTEND BRIEFING SCHEDULE<br><br>Hearing: 7/17/06 at 1:30<br>Dept:    2 (AWI) |

　　　On May 9, 2006, Defendants Foster Dairy Farms, Inc., Ron Foster, and Dennis Bettencourt filed and served their "Ex Parte Request to Extend Briefing Schedule; Declaration of Andrew R. Livingston In Support Thereof."  The Court has considered Defendants' request as set forth in their ex parte papers and, finding sufficient good cause set forth therein,

　　　HEREBY ORDERS THAT the last day by which Defendants must file any dispositive motions related to Defendants' affirmative defense based on the Settlement Agreement and Release shall be May 19, 2006.  Plaintiff's opposition, if any, shall be due

ORDER GRANTING EX PARTE REQUEST TO EXTEND BRIEFING SCHEDULE: CASE NO. 05 CV 00748 AWI LJO

1  for filing 21 days after the filing of the motion, and
2  Defendants' reply, if any, shall be due 7 days after the
3  opposition brief is filed.  Hearing on the motion is continued
4  from June 29, 2006 to July 17, 2006 at 1:30 a.m. in Department 2
5  (AWI).
6      IT IS SO ORDERED.
7  **Dated:   May 10, 2006**              /s/ Lawrence J. O'Neill
   66h44d                          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING EX PARTE REQUEST TO EXTEND BRIEFING SCHEDULE: CASE NO. 05 CV 00748 AWI LJO