1  PATRICIA K. GILLETTE (Bar No. 74461)
2  ANDREW R. LIVINGSTON (Bar No. 148646)
   HELLER EHRMAN LLP
3  Email: Patricia.Gillette@hellerehrman.com
   Email: Andrew. Livingston@hellerehrman.com
4  333 Bush Street
   San Francisco, CA 94104-2878
5  Telephone: 415.772.6000
   Facsimile: 415.772.6268

6  Attorneys for Defendants
7  FOSTER FARMS, INC., erroneously sued as "FOSTER FARMS DAIRY, INC.,"
   RON FOSTER and DENNIS BETTENCOURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER,<br><br>                    Plaintiff,<br><br>       v.<br><br>RON FOSTER, DENNIS BETTENCOURT and FOSTER FARMS DAIRY, INC., and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No.: 05 CV 00748 AWI<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION AND SETTLEMENT AGREEMENT AND PORTIONS OF DEPOSITION TESTIMONY RELATING TO SETTLEMENT AGREEMENT**<br><br>Motion for Summary Judgment<br>Hearing Date:     July 17, 2006<br>Time:             1:30 p.m.<br>Dept.:            2<br>Trial Date:       Not determined<br><br>The Honorable Anthony W. Ishii |

1
2       Pursuant to Local Rule 39-141(b), the request of Defendants Foster Dairy Farms, Inc.,
3   Ron Foster and Dennis Bettencourt for permission to file under seal the Supplemental
4   Declaration of Andrew R. Livingston, and attached Settlement Agreement and portions of
5   deposition testimony relating to said agreement is hereby GRANTED.
6
7       IT IS SO ORDERED.
8
9       **Dated:   May 19, 2006**            **/s/ Anthony W. Ishii**
10  0m8i78                              UNITED STATES DISTRICT JUDGE

2