IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCE PARKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RON FOSTER, DENNIS ) <br> BETTENCOURT and FOSTER ) <br> FARMS DAIRY, INC., and ) <br> DOES 1 to 100, inclusive, ) <br> ) <br> Defendants. ) <br> _____) | CV F 05-0748 AWI  LJO <br><br> ORDER VACATING JULY 17, <br> 2006 HEARING |

    Defendants have noticed for hearing and decision a motion for summary judgment.  The matter is scheduled for hearing to be held on July 17, 2006.  Pursuant to the court's May 10, 2006 order granting Defendants' ex parte request to extend the briefing schedule, Plaintiff's opposition to Defendants' motion for summary judgment was due twenty-one days after Defendants filed their motion, which would have been June 9, 2006.  Absent the court's May 10, 2006 order, Local Rule 78-230(c), would have required Plaintiff to file an opposition or a notice of non-opposition no later than July 3, 2006.  Plaintiff has not filed any opposition.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules.  <u>See</u> 78-230(c).  Plaintiff is further not entitled to be heard at oral argument in opposition to the motion.  <u>See</u> 78-230(c).  The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision

1  without oral argument.  See  Local Rule 78-230(h).
2       Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 17,
3  2006, is VACATED, and no party shall appear at that time.  As of July 17, 2006,  the court will
4  take the matter under submission, and will thereafter issue its decision.

6  IT IS SO ORDERED.

7  **Dated:**    **July 7, 2006**                    /s/ Anthony W. Ishii
   0m8i78                            UNITED STATES DISTRICT JUDGE